# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN ABBOTT, et. al,  <br><br>　　　　　Plaintiffs,  <br><br>　　v.  <br><br>UNITED STATES OF AMERICA,  <br><br>　　　　　Defendant. | Case No.: 1:20-cv-01061 NONE JLT  <br><br>ORDER CLOSING ACTION  <br><br>(Doc 4) |

The plaintiffs have filed a voluntary dismissal under Federal Rules of Civil Procedure Rule 41(a). (Doc. 4) Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

　Dated:　**August 17, 2020**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE